**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-1451**

———————————

DEREK N. JARVIS; SHIRLEY J. PITTMAN,

        Plaintiffs - Appellants,

     v.

GRADY MANAGEMENT, INCORPORATED; DUFFIE, INCORPORATED; APRIL
LANE JOINT VENURES; MONTGOMERY COUNTY GOVERNMENT/MONTGOMERY
COUNTY EXECUTIVE; MONTGOMERY COUNTY HOUSING AND COMMUNITY
AFFAIRS OFFICE; MONTGOMERY COUNTY ATTORNEY'S OFFICE,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge. (8:09-cv-00280-PJM)

———————————

**No. 10-1550**

———————————

In Re:  DEREK N. JARVIS; SHIRLEY J. PITTMAN,

        Petitioners.

———————————

On Petition for Writ of Mandamus.  (8:09-cv-00280-PJM)

———————————

Submitted:  August 26, 2010      Decided:  August 31, 2010

———————————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

No. 10-1451 dismissed; No. 10-1550 petition denied by unpublished per curiam opinion.

───────────────

Derek N. Jarvis, Shirley J. Pittman, Appellants/Petitioners Pro Se. Charles Lowell Frederick, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland; Edward P. Henneberry, ORRICK, HERRINGTON & SUTCLIFFE, LLP, Washington, DC; John Benjamin Raftery, OFFIT KURMAN, PA, Bethesda, Maryland, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis and Shirley J. Pittman appeal from the district court's order, in their civil action, directing them to file a supplement to their amended complaint that contains a short, plain statement of facts, as required by Fed. R. Civ. P. 8(a)(2). Appellants seek to appeal this order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order appealed is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction.

Appellants have also filed a petition for writ of mandamus seeking this court to compel the district court judge to recuse himself from their proceeding below. Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Appellants have not made such a showing. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts

3

and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 10-1451 DISMISSED
No. 10-1550 PETITION DENIED

4